1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5
6
7
8        **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                          —o0o—
   WILLIAM J. SCHWARTZENBERGER,            CASE NO. 2:05-CV-02058-GGH
10
                                           **ORDER EXTENDING PLAINTIFF'S**
11              Plaintiff,                  **TIME TO RESPOND TO DEFENDANT'S**
                                           **ANSWER**
12  vs.

13  JO ANNE B. BARNHART,
    Commissioner of Social Security,
14
                Defendant.
15  _____/

16       IT IS ORDERED that Plaintiff's time in which to respond to Defendant's answer is

17  hereby continued to April 10, 2006.

18

19  DATED: March 13, 2006

20                                         GREGORY G. HOLLOWS
21
                                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28
   _____
                                          2
   STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER

**FILED**

**MAR 1 4 2006**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK