McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
JOHN CUSKER
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. SCHWARTZENBERGER,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-02058-GGH<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO JUNE 19, 2006 |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of May 19, 2006, by thirty-one days, to the new response date of June 19, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed due to a scheduling conflict in the work schedule of Defendant's counsel.

Stip.& Order Ext. Def.'s Time - 2:05-02058      **1**

1      This is the first extension requested re Defendant's

2  response to Plaintiff's motion for summary judgment.

3      The parties further stipulate that Plaintiff's counsel shall

4  return a facsimile of this stipulation bearing her signature for

5  retention by Defendant's counsel, and that Defendant shall e-file

6  this stipulation pursuant to applicable local rules.

7  DATED: May 11, 2006          By:  ___/s/ Ann M. Cerney_____
                                      ANN M. CERNEY
8                                     Attorney at Law

9                                     Attorney for Plaintiff

10 DATED: May 17, 2006          McGREGOR W. SCOTT
                                United States Attorney
11                              BOBBIE J. MONTOYA
                                Assistant U.S. Attorney
12
                                By:  ___/s/ Bobbie J. Montoya for____
13                                    JOHN CUSKER
                                      Special Assistant U.S. Attorney
14
                                      Attorneys for Defendant
15 OF COUNSEL:
   LUCILLE GONZALES MEIS
16 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION
17

18
                                ORDER
19
        APPROVED AND SO ORDERED.
20
   DATED: 5/23/06               /s/ Gregory G. Hollows
21
                                _____
22                              GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

23 schwartzenberger.ord

24

25

26

27

28
   Stip.& Order Ext. Def.'s Time – 2:05-02058    **2**