1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM J. SCHWARTZENBERGER,

11              Plaintiff,                        No. CIV-S-05-2058 GGH

12        vs.

13   JO ANNE B. BARNHART,                         ORDER
     Commissioner of Social Security,
14
               Defendant.
15   _____/

16              The parties were directed to return to the Clerk, within 90 days from the date this

17   action was filed, the form titled "Consent to Assignment or Request for Reassignment."  The

18   time has passed, and plaintiff failed to return the form.  Accordingly, the Clerk of Court is

19   directed to assign a district judge to this case.

20   Dated: 12/19/06                             /s/ Gregory G. Hollows

21                                               _____
                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE
22   schwartzen.ord

23

24

25

26

schwartzen.ord.wpd