IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SCHWARTZENBERGER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

No.  CIV-S-05-2058 WBS GGH

<u>ORDER</u>

        On February 22, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

/////

1

1. The Proposed Findings and Recommendations filed February 22, 2007, are ADOPTED;

2. Plaintiff's Motion for Summary Judgment or Remand is DENIED;

3. The Commissioner's Cross Motion for Summary Judgment is GRANTED; and

4. The Clerk is directed to enter Judgment for the Commissioner.

DATED:  April 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

schwartzenberger.jo

2